IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Vamsidhar R. Vurimindi<br>313 Arch St., Unit #607<br>Philadelphia, PA 19106<br>    Plaintiff | Civil Action<br><br>NO: 10 0088 |
| V.<br>City of Philadelphia<br>1515 Arch Street<br>Philadelphia, PA 19102 | Formerly<br>Court of Common Pleas<br>Philadelphia County<br>Trial Division – Civil<br>December 2009 |
| Commissioner Frances Burns<br>1401 JFK Blvd., 11th Floor, Philadelphia, PA 19102 | No. 000622 |

Police Officer Edward Devlin
1401 JFK Blvd., 11th Floor, Philadelphia, PA 19102

Police Officer Michael Curran
1401 JFK Blvd., 11th Floor, Philadelphia, PA 19102

Police Officer Scott Melderek
1401 JFK Blvd., 11th Floor, Philadelphia, PA 19102

Phila. City Planning Commission
One Parkway, 13th Flr., 1515 Arch St., Phila., PA 19102

FNA Zoning Committee
P.O. Box 29292, Phila., PA 19125

Zoning Board of Adjustment,
1401 JFK Blvd., Rm 1130, Phila., PA 19102

Richard Levins, President NKCDC
2515 Frankford Ave., Phila., PA 19125

New Kensington, CDC
2515 Frankford Ave., Phila., PA 19125

Terry Gillen, Exe. Dir. Redevelopment Authority
1234 Market St., 16th Flr., Phila., PA 19107

John Coates, Dir, OHCD
1234 Market St., 16th Flr., Phila., PA 19107

Phila. Commission on Human Relations (PCHR)
Curtis Ctr. Ste. 300, South 601 Walnut St., Phila., PA 19106

Michael Nutter
City Hall, Phila., PA 19107

Board of Revision of Taxes
Curtis Ctr., Ste. 300, 601 Walnut St., Phila., PA 19106

Commissioner of Public Property
City Hall, Phila., PA 19107

Office of the 5th District Councilman
City Hall, Rm 484, Phila., PA 19107

Office of the Housing & Community Development
1234 Market St., 16th Flr., Phila., PA 19107

Redevelopment Authority
1234 Market St., 16th Flr., Phila., PA 19107

      **Defendants**

## NOTICE OF REMOVAL

**To the Honorable Judges of the United States District Court for the Eastern District of Pennsylvania.**

  Pursuant to 28 U.S.C. § 1441, defendants, City of Philadelphia, et al. (hereinafter "petitioners") through their counsel, Jeffrey S. Simons, Assistant City Solicitor, respectfully petition for the removal of this action to the United States District Court for the Eastern District of Pennsylvania. In support thereof, defendants state the following:

  1. On December 2009, plaintiff initiated this action by a Complaint in the Court of Common Pleas in Philadelphia, December 2009, No. 000622. (Exhibit A - Complaint).

  2. On Janurary 4, 2010, said Complaint was served on Petitioners at 1515 Arch Street, 14th Floor, Philadelphia, Pennsylvania.

  3. Plaintiff alleges that on November 4, 2005, he sustained damages when his civil rights were violated by the defendants. (Exhibit A ).

  4. This action may be removed to this Court pursuant to 28 U.S.C. § 1441 since Plaintiff's Complaint contains allegations of violations of the plaintiff's Federal Civil Rights and seeks relief under 42 U.S.C. § 1983. (Exhibit A)

**Wherefore,** petitioners, City of Philadelphia, et al. respectfully request that the captioned Complaint be removed to the United States District Court for the Eastern District of Pennsylvania.

Respectfully submitted,

Craig Straw
Chief Deputy City Solicitor

_____
**JEFFREY S. SIMONS**
**Assistant City Solicitor**
**Attorney I.D. No. 93784**
1515 Arch Street, 14th Floor
Philadelphia, PA  19102
215-683-5443

Date: 1/8/10

## IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Vamsidhar R. Vurimindi<br>313 Arch St., Unit #607<br>Philadelphia, PA 19106<br>             Plaintiff | Civil Action<br><br>NO: _____ |
| V.<br>City of Philadelphia<br>1515 Arch Street<br>Philadelphia, PA 19102 | Formerly<br>Court of Common Pleas<br>Philadelphia County<br>Trial Division – Civil<br>December 2009<br>No. 000622 |

Commissioner Frances Burns
1401 JFK Blvd., 11th Floor, Philadelphia, PA 19102

Police Officer Edward Devlin
1401 JFK Blvd., 11th Floor, Philadelphia, PA 19102

Police Officer Michael Curran
1401 JFK Blvd., 11th Floor, Philadelphia, PA 19102

Police Officer Scott Melderek
1401 JFK Blvd., 11th Floor, Philadelphia, PA 19102

Phila. City Planning Commission
One Parkway, 13th Flr., 1515 Arch St., Phila., PA  19102

FNA Zoning Committee
P.O. Box 29292, Phila., PA  19125

Zoning Board of Adjustment,
1401 JFK Blvd., Rm 1130, Phila., PA  19102

Richard Levins, President NKCDC
2515 Frankford Ave., Phila., PA 19125

New Kensington, CDC
2515 Frankford Ave., Phila., PA 19125

Terry Gillen, Exe. Dir. Redevelopment Authority
1234 Market St., 16th Flr., Phila., PA 19107

John Coates, Dir, OHCD
1234 Market St., 16th Flr., Phila., PA 19107

Phila. Commission on Human Relations (PCHR)
Curtis Ctr. Ste. 300, South 601 Walnut St., Phila., PA 19106

Michael Nutter
City Hall, Phila., PA  19107

Board of Revision of Taxes
Curtis Ctr., Ste. 300, 601 Walnut St., Phila., PA 19106

Commissioner of Public Property
City Hall, Phila., PA 19107

Office of the 5th District Councilman
City Hall, Rm 484, Phila., PA 19107

Office of the Housing & Community Development
1234 Market St., 16th Flr., Phila., PA 19107

Redevelopment Authority
1234 Market St., 16th Flr., Phila., PA 19107

       Defendants

## NOTICE OF FILING OF REMOVAL

TO: Vamsidhar R. Vurimindi
   313 Arch St., Unit #607
   Philadelphia, PA 19106

  PLEASE TAKE NOTICE THAT on January 8, 2010, defendants, City of Philadelphia, et al. filed, in the office of the Clerk of the United States District Court for the Eastern District of Pennsylvania a verified Notice of Removal.

  A copy of this Notice of Removal is attached hereto and is also being filed with the Clerk of the Court of Common Pleas of Philadelphia County, pursuant to Title 28, United States Code, Section 1446(e).

             _/s/ Jeffrey S. Simons_
             JEFFREY S. SIMONS
             Assistant City Solicitor
             Attorney I.D. No. 93784
             1515 Arch Street, 14th Floor
             Philadelphia, PA 19102

## IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Vamsidhar R. Vurimindi<br>313 Arch St., Unit #607<br>Philadelphia, PA 19106<br>　　　　　Plaintiff<br><br>　　　　　V.<br>City of Philadelphia<br>1515 Arch Street<br>Philadelphia, PA 19102<br><br>Commissioner Frances Burns<br>1401 JFK Blvd., 11th Floor, Philadelphia, PA 19102<br><br>Police Officer Edward Devlin<br>1401 JFK Blvd., 11th Floor, Philadelphia, PA 19102<br><br>Police Officer Michael Curran<br>1401 JFK Blvd., 11th Floor, Philadelphia, PA 19102<br><br>Police Officer Scott Melderek<br>1401 JFK Blvd., 11th Floor, Philadelphia, PA 19102<br><br>Phila. City Planning Commission<br>One Parkway, 13th Flr., 1515 Arch St., Phila., PA 19102<br><br>FNA Zoning Committee<br>P.O. Box 29292, Phila., PA 19125<br><br>Zoning Board of Adjustment,<br>1401 JFK Blvd., Rm 1130, Phila., PA 19102<br><br>Richard Levins, President NKCDC<br>2515 Frankford Ave., Phila., PA 19125<br><br>New Kensington, CDC<br>2515 Frankford Ave., Phila., PA 19125<br><br>Terry Gillen, Exe. Dir. Redevelopment Authority<br>1234 Market St., 16th Flr., Phila., PA 19107<br><br>John Coates, Dir, OHCD<br>1234 Market St., 16th Flr., Phila., PA 19107<br><br>Phila. Commission on Human Relations (PCHR)<br>Curtis Ctr. Ste. 300, South 601 Walnut St., Phila., PA 19106<br><br>Michael Nutter<br>City Hall, Phila., PA 19107 | Civil Action<br><br>NO: _____<br><br><br>Formerly<br>Court of Common Pleas<br>Philadelphia County<br>Trial Division – Civil<br>December 2009<br>No. 000622 |

Board of Revision of Taxes
Curtis Ctr., Ste. 300, 601 Walnut St., Phila., PA 19106

Commissioner of Public Property
City Hall, Phila., PA 19107

Office of the 5th District Councilman
City Hall, Rm 484, Phila., PA 19107

Office of the Housing & Community Development
1234 Market St., 16th Flr., Phila., PA 19107

Redevelopment Authority
1234 Market St., 16th Flr., Phila., PA 19107

                Defendants

## CERTIFICATE OF SERVICE

I, Jeffrey S. Simons, Assistant City Solicitor do hereby certify that a true and correct copy of the attached Notice of Removal has been served upon the following by First Class Mail, postpaid, on the date indicated below:

TO:   Vamsidhar R. Vurimindi
      313 Arch St., Unit #607
      Philadelphia, PA 19106

                                    _____
                                    JEFFREY S. SIMONS
                                    Assistant City Solicitor
                                    Attorney I.D. No. 93784
                                    1515 Arch Street, 14th Floor
                                    Philadelphia, PA 19102
Date: 1/8/10                        215-683-5443