|  |  |
|---|---|
| Vamsidhar R Vurimindi, Plaintiff ) | UNITED STATES DISTRICT COURT |
| ) | FOR THE EASTERN DISTRICT OF |
| Vs. ) | PENNSYLVANIA |
| City of Philadelphia et all, Defendants ) | |
| ) | Civil Case No. 10-CV-0088 |

## ORDER

**AND NOW**, this matter is before the Court on Plaintiff' Motion to obtain CM/ECF login and password and upon consideration of the motion, **IT IS HEREBY ORDERED AND DECREED THAT** the said motion is **GRANTED**.

_____    _____

**DATE**                                                                                       **JUDGE**