|  |  |
|---|---|
| Vamsidhar R Vurimindi, Plaintiff )<br>)<br>Vs. )<br>City of Philadelphia et all, Defendants )<br>) | UNITED STATES DISTRICT COURT<br>FOR THE EASTERN DISTRICT OF<br>PENNSYLVANIA<br><br>Civil Case No. 10-CV-0088 |

## PLAINTIFF' MOTION TO OBTAIN CM/ECF LOGIN AND PASSWORD

I, *Vamsidhar R Vurimindi,* am the **Plaintiff** in the captioned matter appearing as Pro Se and hereinafter referred as **Plaintiff**. **Plaintiff** respectfully requests this honorable court permit the **Plaintiff** to obtain an CM/ECF login and password. In support of this motion, **Plaintiff** states the following:

01.  **Plaintiff** is the presently a named party in the above case.

02.  **Plaintiff** represents that he has the following systems and equipment to participate in the CM/ECF:

    (i)    A personal computer running a standard Windows 7 platform.

    (ii)    Microsoft Office 2007 Word processing software for creating pleadings.

    (iii)    Software to convert documents into PDF

    (iv)    Scanning equipment.

    (v)    Internet access through the Verizon FiOS.

    (vi)    Internet browser compatible with CM/ECF.

    (vii)    An email account to send and receive e-mail.

    (viii)    A PACER Account with User ID and Pass word

03.    As a condition of obtaining an CM/ECF login and password **Plaintiff** understands and agrees to the following:

    (i)    To abide by the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Local Rules for the United States District Court for the Eastern District of Pennsylvania.

    (ii)    **Plaintiff** understand that the provisions of Local Rule 5.1, "Electronic Case Filing," the "Order, In Re: Amendment to Local Civil Rule 5.1.2, Electronic Case Filing ("ECF") Procedures" signed by the Court on June 05, 2008, and the most recent version of the Court's Civil and Criminal ECF Procedures Guides for the Eastern District of Pennsylvania apply to electronic filing in this District and **Plaintiff** agree to abide by all provisions set forth therein.

    (iii)    **Plaintiff** agree that all of his transmissions for electronic filings of pleadings and documents to the CM/ECF system shall be titled in accordance with the approved directory of civil and criminal events in the CM/ECF system.

    (iv)    **Plaintiff** agree that the combination of the user login and password will serve as my signature for purposes of the Federal Rules of Civil and Criminal Procedure. **Plaintiff** further agree to protect the security of his password. If **Plaintiff** believe it is being used without **Plaintiff'** permission, **Plaintiff** will change **Plaintiff'** password and will inform the Clerk of Court by telephone of the misuse.

(v) **Plaintiff** have read and I understand the provisions of Federal Rule of Civil Procedure 11 and **Plaintiff** understand that the provisions of Rule 11 apply with full force and effect to documents filed using CM/ECF.

(vi) **Plaintiff** consent to receive service of notice of Court Orders and judgments electronically through the Court's CM/ECF system under Federal Rule of Civil Procedure 77(d) and Federal Rule of Criminal Procedure 49(c), and **Plaintiff** thereby agree to waive service of such notice by other means under Federal Rules of Civil Procedure 5(b)(2) and 77(d) and Federal Rule of Criminal Procedure 49(c).

(vii) **Plaintiff** consent to receive electronic service through the Court's CM/ECF system of pleadings and other papers under Federal Rule of Civil Procedure 5, and I thereby agree to waive service by other means under Federal Rule of Civil Procedure 5(b)(2) and Federal Rule of Criminal Procedure 49, unless service by electronic means is not allowed under the Federal Rules of Civil Procedure and Criminal Procedure.

(viii) **Plaintiff** understand that **Plaintiff** will receive the initial electronic copy of a document filed at no charge when **Plaintiff** is an official recipient of the document (the "free look" provision in CM/ECF). After that, **Plaintiff** understand that all remote electronic access to the case file documents occurs through the Judiciary's PACER system and that a separate PACER account is required to view electronic documents and docket sheets in CM/ECF. If **Plaintiff** obtain a PACER account, **Plaintiff** understand that **Plaintiff** will be charged an access fee at a per-page rate.

(ix)   **Plaintiff** understand that **Plaintiff** can view electronic documents and docket sheets in person at the Clerk's Offices in the Eastern District of Pennsylvania at no charge on the public access terminals.

(x)    **Plaintiff** understand that abuse of CM/ECF access privileges will result in revocation of **Plaintiff'** CM/ECF access.

(xi)   **Plaintiff** understand that **Plaintiff'** CM/ECF access will be deactivated following closure of **Plaintiff'** pending matter(s) and the expiration of all applicable appeal periods.

(xii)  **Plaintiff** agree to update any changes to **Plaintiff'** contact information, including **Plaintiff'** e-mail address, using the Utilities tab in CM/ECF. Directions for updating contact information are available on the Court's website at www.mnd.uscourts.gov.

04.    Accordingly, **Plaintiff** respectfully request this Honorable Court to grant the Plaintiff's motion to obtain login and password. Further, **Plaintiff** respectfully request this Honorable Court to grant such other reliefs as is equitable and just.

Respectfully submitted,

***Vamsidhar R Vurimindi,* Plaintiff**

DATED: January 19, 2010

*Vamsidhar Vurimindi*
(Signature)