| | |
|---|---|
| Vamsidhar R Vurimindi, Plaintiff ) | UNITED STATES DISTRICT COURT |
| ) | FOR THE EASTERN DISTRICT OF |
| Vs. ) | PENNSYLVANIA |
| City of Philadelphia et all, Defendants ) | |
| ) | Civil Case No. 10-CV-0088 |

## VERIFICATION

I, Vamsidhar Reddy Vurimindi, am a Plaintiff in the above-entitled action. I have read the foregoing complaint and know the contents thereof. The same is true of my own knowledge, except as to those matters which are therein alleged on information and belief, and as to those matters, I believe it to be true.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Philadelphia, Pennsylvania.

DATED: January 19, 2010

*Vamsidhar Vurimindi*

Name    : VAMSIDHAR REDDY VURIMINDI