IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

VAMSIDHAR R. VURIMINDI : CIVIL ACTION
:
v. :
: No. 10-0088
CITY OF PHILADELPHIA, et al. :

## ORDER

AND NOW, this 10th day of August, 2010, the following motions are granted:

1. "Defendants' New Kensington Community Development Corporation and Richard Levins, Esquire's Motion to Dismiss Plaintiff's Amended Complaint" (docket no. 19);

2. "Motion to Dismiss Plaintiff's Amended Complaint of Defendants The City of Philadelphia, Mayor Nutter, Councilman Darrell Clarke, Scott Mulderig, Michael Curran, Edward Devlin, Frances Burns, the Redevelopment Authority, and Terry Gillen" (docket no. 21);

3. "Defendant Fishtown Neighbors Association's Motion to Dismiss Plaintiff's Amended Complaint" (docket no. 25).

Plaintiff's amended complaint is dismissed without prejudice. By Friday, August 20, 2010, plaintiff may file an amended complaint. A memorandum accompanies this order.

BY THE COURT:

/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.